| | | | |
|---|---|---|---|
| Goodson v. P.H. Glatfelter Co.<br><br>Case Below:<br>171 N.C. App. 596 | No. 464P05 | 1. Def's (P.H. Glatfelter Co.) Motion for Temporary Stay (COA04-886) | 1. Allowed Pending Determination of Defendant's PDR **08/25/05** Stay Dissolved **11/03/05** |
| | | 2. Def's Petition for Writ of Supersedeas | 2. Denied 11/03/05 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied 11/03/05 |
| Grant v. High Point Reg'l Health Sys.<br><br>Case Below:<br>172 N.C. App. 852 | No. 474P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1439) | Denied 10/06/05 |
| Greene v. Hicks<br><br>Case Below:<br>169 N.C. App. 455 | No. 247P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-803) | Denied 10/06/05 |
| Hernandez v. Nationwide Mut. Ins. Co.<br><br>Case Below:<br>171 N.C. App. 510 | No. 406P05 | Def's PDR under N.C.G.S. § 7A-31 (COA04-1474) | Denied 10/06/05 |
| Hunt v. N.C. Dep't of Corr.<br><br>Case Below:<br>173 N.C. App. 232 | No. 545P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1445) | Denied 11/03/05 |
| Iadanza v. Harper<br><br>Case Below:<br>169 N.C. App. 776 | No. 277P05 | Defendant and Counter Claimant's (Robert N. Hunter, Jr., M.D., and Digestive Diseases Diagnostic Center, P.A.) PDR Under N.C.G.S. § 7A-31 (COA04-801) | Denied 10/06/05 |
| In re A.P.R., A.C.R.<br><br>Case Below:<br>172 N.C. App. 591 | No. 515P05 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA04-1372) | Denied 11/03/05 |
| In re C.J.<br><br>Case Below:<br>172 N.C. App. 170 | No. 508P05 | Juvenile's PDR Under N.C.G.S. § 7A-31 (COA04-1575) | Denied 11/03/05 |